UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
----------------------------------------------------------X
HAPPY HOOKER MUSIC, INC.,                          :

        Plaintiff,                                         :

        -against-                                          :

EUGENE ANTHONY WILLIAMS,                      :
individually, EUGENE ANTHONY
WILLIAMS d/b/ GENE ANTHONY MUSIC,   :
THE HARRY FOX AGENCY, INC., and
UNIVERSAL MUSIC GROUP, INC.,                  :

        Defendants.
----------------------------------------------------------X

Civil Action No. 2:14-cv-02076 (JPM-tmp)

**CORPORATE DISCLOSURE BY CAPITOL RECORDS, LLC, INCORRECTLY SUED AS UNIVERSAL MUSIC GROUP, INC.**

        Defendant Capitol Records, LLC ("Capitol Records"), incorrectly sued as Universal Music Group, Inc. ("UMG") states as follows pursuant to Federal Rule of Civil Procedure 7.1:

        Universal Music Group, Inc. is a Delaware corporation whose ultimate parent corporation is Vivendi, S.A., a publicly traded French corporation, and no other publicly held company owns 10% or more of its stock.

        Capitol Records, LLC (incorrectly sued as UMG) is owned by Virgin Records CM Holdings, Inc., which is owned by EMI RM US, Inc., which is owned by EMI Group Inc., which is owned by Universal Music Group, Inc., whose ultimate parent corporation is Vivendi S.A., and no other publicly held company owns 10% or more of its stock.

NY1269006.2
211813-10012

Dated: New York, New York
April 9, 2014

        LOEB & LOEB LLP

By:   */s/ Barry I. Slotnick*

    Michael A. Johnson (#30210)
    1906 Acklen Avenue
    Nashville, Tennessee 37212
    (615) 749-8300
    mjohnson@loeb.com

    Barry I. Slotnick, *pro hac vice*
    345 Park Avenue
    New York, New York 10154-1895
    (212) 407-4000
    bslotnick@loeb.com

    Attorneys for Defendant *Capitol Records, LLC, incorrectly sued as Universal Music Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Corporate Disclosure was served via CM-ECF upon:

Odell Horton, Jr.
Kathryn K. Van Namen
Wyatt Tarrant & Combs
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120
ohorton@wyattfirm.com
kvannamen@wyattfirm.com
Attorneys for Plaintiff *Happy Hooker Music, Inc.*

and via FedEx upon:

Eugene Anthony Williams
d/b/a Gene Anthony Music
102 Woodspur Rd.
Irmo, SC 29063

this 9th day of April, 2014.

*s/ Barry I. Slotnick*